
**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: July 6, 2015 |
| Court Reporter: Terri Lindblom | |

Civil Action No. 15-cv-01320-MSK-KLM

| *Parties*: | *Counsel Appearing:* |
|---|---|
| WEATHERFORD INTERNATIONAL, LLC, a Texas corporation, | Danielle Kitson<br>Stephen Baumann<br>William Trachman |
| Plaintiff, | |
| v. | |
| MICHAEL MCKEACHNIE;<br>MARTIN HENLINE;<br>JONATHAN LONG;<br>SCOTT WILLIAMSON;<br>MICHAEL DEDMAN;<br>CASITY FILLINGIM;<br>JASON HOUSE; and<br>JOSHUA JOHNSON, | Lawrence Zavadil<br>Michael Williams |
| Defendants. | |

## COURTROOM MINUTES

HEARING: Law and Motion

**4:01 p.m.    Court in session.**

Texas counsel (appearances not entered) are seated at defendants' table.

The Court addresses defendants' Motion to Stay (**Doc. #9**).

Argument.

**4:19 p.m.    Court in recess**

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**4:24 p.m.**        **Court in session**

Argument.

**ORDER:**        Defendants' Motion to Stay (**Doc. #9**) is **DENIED.**

The Court addresses Plaintiffs' Motion for Preliminary Injunction (**Doc #7**)

**ORDER:**        Plaintiff's Motion for Preliminary Injunction is **GRANTED in part and DENIED in part**. It is **GRANTED as to sub parts 1, 2 and 6** (**Doc. #10**) to which the parties have stipulated.  It is **DENIED** in all other respects.  No evidentiary hearing will be held.

**4:50 p.m.**        Court in recess.

**Total Time:**    44 minutes.
**Hearing concluded.**