IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01320-MSK-KLM

WEATHERFORD INTERNATIONAL , LLC, a Texas corporation,

    Plaintiff,

v.

MICHAEL MCKEACHNIE, an individual,
MARTIN HENLINE, an individual,
JONATHAN LONG, an individual,
SCOTT WILLIAMSON, an individual,
MICHAEL DEDMAN, an individual,
CASITY FILLINGIM, an individual,
JASON HOUSE, an individual,
JOSHUA JOHNSON, an individual, and
TROY VAVRA, an individual,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction and Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim on Which Relief May Be Granted** [#18] (the "Motion"). Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff filed a Second Amended Complaint [#46]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#18] is **DENIED as moot**. *See, e.g.*, *Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010) (citations omitted) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded."); *Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006) (noting that defendants' motions to dismiss are "technically moot because they are directed at a pleading that is no longer operative").

    Dated:  August 26, 2015