IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01320-MSK-KLM

WEATHERFORD INTERNATIONAL, LLC,
a Texas Corporation,

    Plaintiff,

v.

MICHAEL MCKEACHNIE, an individual, MARTIN HENLINE, an individual, JONATHAN LONG, an individual, SCOTT WILLIAMSON, an individual, MICHAEL DEDMAN, an individual, CASITY FILLINGIM, an individual, JASON HOUSE, an individual, JOSHUA JOHNSON, an individual, and TROY VAVRA, an individual.

    Defendants.

---

## STIPULATED ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI"), or other information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or other information (including metadata) for relevance,

responsiveness, or segregation of privileged or protected (or both) information before production.

| APPROVED: | APPROVED: |
|---|---|
| s/ *Danielle L. Kitson* | s/ *Michael T. Williams* |
| Danielle L. Kitson | Michael T. Williams |
| William E. Trachman | Lawrence M. Zavadil |
| Stephen E. Baumann II | Wheeler Trigg O'Donnell LLP |
| LITTLER MENDELSON, P.C. | 370 Seventeenth Street, Suite 4500 |
| 1900 16th Street | Denver, CO 80202-5647 |
| Suite 800 | Telephone: 303.244.1800 |
| Denver, CO 80202 | Facsimile: 303.244.1879 |
| Telephone: 303.629.6200 | Email: williams@wtotrial.com |
| Email: dkitson@littler.com | Email: zavadil@wtotrial.com |
| wtrachman@littler.com | |
| sbaumann@littler.com | and |
| | |
| ATTORNEYS FOR PLAINTIFF | Christopher D. Kratovil |
| WEATHERFORD INTERNATIONAL, LLC | Alison Ashmore |
| | Dykema Cox Smith |
| | 1717 Main Street, Suite 4200 |
| | Dallas, TX 75201 |
| | Telephone: 214.462.6458 |
| | Email: ckratovil@dykema.com |
| | Email: aashmore@dykema.com |
| | |
| | ATTORNEYS FOR DEFENDANTS, MICHAEL MCKEACHNIE, MARTIN HENLINE, JONATHAN LONG, SCOTT WILLIAMSON, MICHAEL DEDMAN, CASITY FILLINGIM, JASON HOUSE, JOSHUA JOHNSON, AND TROY VAVRA |

**SO ORDERED**

Dated: 9/3/15

Hon. Kristen L. Mix
United States Magistrate Judge