IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01320-MSK-KLM

WEATHERFORD INTERNATIONAL, LLC, a Texas corporation,

    Plaintiff,

v.

MICHAEL MCKEACHNIE, an individual,
MARTIN HENLINE, an individual,
JONATHAN LONG, an individual,
SCOTT WILLIAMSON, an individual,
MICHAEL DEDMAN, an individual,
CASITY FILLINGIM, an individual,
JASON HOUSE, an individual,
JOSHUA JOHNSON, an individual, and
TROY VAVRA, an individual,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Entry of Protective Order [#64]** (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#64] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#64-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: October 9, 2015