IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01320-MSK-KLM

WEATHERFORD INTERNATIONAL , LLC, a Texas corporation,

    Plaintiff,

v.

MICHAEL MCKEACHNIE, an individual,
MARTIN HENLINE, an individual,
JONATHAN LONG, an individual,
SCOTT WILLIAMSON, an individual,
MICHAEL DEDMAN, an individual,
CASITY FILLINGIM, an individual,
JASON HOUSE, an individual,
JOSHUA JOHNSON, an individual, and
TROY VAVRA, an individual,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Notice of Settlement** [#88]. The parties state that "all of the claims and disputes between them in this in action" have been settled. Accordingly,

    IT IS HEREBY **ORDERED** that the parties shall file dismissal papers on or before **May 6, 2016**.

    IT IS FURTHER **ORDERED** that Defendants' Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction and Rule 9(b) and 12(b)(6) Motion to Dismiss for Failure to State a Claim on Which Relief May be Granted [#53] is **DENIED as moot**.

    IT IS FURTHER **ORDERED** that Plaintiff's Motion for Leave to File Its Third Amended Complaint [#61] is **DENIED as moot**.

    Dated: April 8, 2016